IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00043-PSF-OES

JENNIFER OLIVER,

Plaintiff(s),

vs.

ARNOLD, ROSS AND ASSOCIATES, LLC;
ARNOLD, ROSS AND SINGER, LLP; and
STEPHANIE M. GAGLIANO,

Defendant(s).

---

MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: June 22, 2005

    Defendants' Unopposed Motion for Extension of Time to File Answer to
Amended Complaint [filed June 21, 2005] is GRANTED to and including July 6, 2005.