IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00043-PSF-OES

JENNIFER OLIVER,

Plaintiff(s),

vs.

ARNOLD, ROSS AND ASSOCIATES, LLC;
ARNOLD, ROSS AND SINGER, LLP; and
STEPHANIE M. GAGLIANO,

Defendant(s).

---

ORDER GRANTING DEFENDANT SINGER'S
DESIGNATION OF NON-PARTY AT FAULT

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: November 29, 2005

Defendant Michael K. Singer was joined in this lawsuit on September 12, 2005. Upon being joined, Singer designated Mark Tungate, Esq., as a non-party at fault. Defendant Arnold Ross & Associates has now filed a motion in which they ask to join in that designation of Tungate.

Plaintiff states in her Response that she does not object to joinder of Tungate as a non-party at fault with respect to the allegation that Tungate failed to obtain PIP benefits for plaintiff.  However, plaintiff objects to joinder of Tungate with respect to the allegations that Tungate failed to obtain counsel for a federal case, and failed to fire or adequately monitor defendants.  Plaintiff argues that joinder as to the latter two allegations is untimely, because the deadline for filing designations of non-parties expired on September 15, 2005.

Plaintiff states that Tungate was deposed on July 27, 2005. She argues that she is "unaware of any new evidence that would provide Defendants with good cause for designating Mr. Tungate as a non-party at fault with respect to these allegations at such a late date."

## DISCUSSION

I am not persuaded by plaintiff's arguments, and plaintiff has not provided any evidence that she would be prejudiced by the late designation of Mr. Tungate as to the latter two allegations. By prejudice, I mean that plaintiff has failed to show that she would be hampered in her ability to defend against the allegations of the designation because of the lateness of the notice.

## ORDER

It is therefore ORDERED that Defendants' Motion to Join Defendant Michael K. Singer's Designation of Responsible Non-Party at Fault [Doc. 96, filed Nov. 11, 2005] is GRANTED. The designation of Mark Tungate, Esq., is received, and plaintiff's objection to the scope of the designation is overruled.

Dated at Denver, Colorado, this day of: November 29, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge