IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00043-PSF-MEH

JENNIFER OLIVER,

    Plaintiff,

vs.

ARNOLD, ROSS AND ASSOCIATES, LLC; ARNOLD, ROSS AND SINGER, LLP; STEPHANIE M.G. GAGLIANO; and MICHAEL K. SINGER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 1, 2006.**

Defendant's Motion for Leave to Supplement Defendants' Rule 26(a)(2) Disclosures [Filed February 8, 2006; Docket #115] is **granted**. Plaintiff does not object as long as she can cross-examine Dr. Horan on all matters pertaining to his credibility and the veracity of his report, which is, of course, a matter for Judge Figa to decide in considering the Motions in Limine.

The Court requests that, in the future, Defendants' counsel follow both the letter and the spirit of D.C COLO. LCivR 7.1.A. The duty to confer includes a *reasonable, good-faith effort to resolve* the disputed matter. The moving party must state the specific efforts taken to comply with this rule. Here, Defendants only state: "Counsel for Plaintiff wishes to read the contents of Defendants' Motion before determining whether to object." This does not satisfy counsel's duty to confer. Defendants should have resolved this matter more efficiently by undertaking a slightly more determined effort to confer with Plaintiff (and obtain Plaintiff's position) before filing this motion.