IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00043-PSF-MEH

JENNIFER OLIVER,

    Plaintiff,

vs.

ARNOLD, ROSS AND ASSOCIATES, LLC; ARNOLD, ROSS AND SINGER, LLP; STEPHANIE M.G. GAGLIANO; and MICHAEL K. SINGER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2006.**

    In light of Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment [Docket #137], Defendant's Motion for Leave to Amend Supplemental Scheduling Order [Filed February 22, 2006; Docket #122] is **denied** as moot.